THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Frank Quezada, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

Appeal from Dorchester County
James C. Williams, Circuit Court Judge
ON WRIT OF CERTIORARI

Memorandum Opinion No. 2007-MO-072
Submitted November 15, 2007  Filed December 17, 2007  

REVERSED

 
 
 
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley Elliott, and Assistant Attorney General Lance S.
 Boozer, all of Columbia, for petitioner.
 Appellate Defender Robert M. Pachak, of  South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for respondent.
 
 
 

PER CURIAM:  Reversed
 pursuant to Rule 220(b), SCACR,  and the following authorities:  Bennett
 v. State, 371 S.C. 198, 638 S.E.2d 673 (2006) (where there has been a
 guilty plea, applicant must prove prejudice by showing that, but for counsels
 error, there is a reasonable probability he would not have pled guilty and
 would have insisted on going to trial); Williams v. State, 363 S.C. 341,
 611 S.E.2d 232 (2005) (where there is no evidence to support finding of
 prejudice, grant of PCR is reversed).  
TOAL, C.J., MOORE, WALLER, PLEICONES and
 BEATTY, JJ., concur.